# UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

In re      Case No. 15–11216
    Chapter 13

Betty Jean Wambles

    Debtor

## ORDER

This case is before the court on the following matter:

*22* – Rule 9007 Motion/Notice/Objection: Motion to Modify Plan Post Confirmation filed by Jennifer R. Stanley on behalf of Betty Jean Wambles. Responses due by 03/7/2016. (Attachments: # 1 Amended Chapter 13 Plan) (Stanley, Jennifer)

It appears that notice has been given pursuant to LBR 9007–1 and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion is **GRANTED** according to the terms stated.

Done this 8th day of March, 2016.

William R. Sawyer
United States Bankruptcy Judge